IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC<br><br>Plaintiff,<br><br>v.<br>GOOGLE LLC. | <br><br><br><br><br><br>Case No. 2:19-cv-90-JRG<br>LEAD CASE |
| AKAMAI TECHNOLOGIES, INC. | Case No. 2:19-cv-89-JRG |
| NETFLIX, INC.<br><br>Defendants. | <br>Case No. 2:19-cv-91-JRG |

**JOINT MOTION FOR VENUE DISCOVERY AND
AN EXTENDED BRIEFING SCHEDULE**

Plaintiff Personalized Media Communications, LLC ("PMC") and defendant Netflix, Inc. ("Netflix") (together, the "Parties") hereby jointly move the Court for expedited venue discovery in advance of their Rule 26(f) conference, and to extend the briefing schedule on Netflix's Motion to Dismiss or Transfer (Dkt. No. 16).

Netflix has moved to dismiss on the basis that venue is improper in this District. The Parties respectfully request leave to engage in venue discovery, beginning on June 3, 2019 and ending on July 29, 2019.

The Parties also respectfully request that PMC's deadline to file its response to Netflix's Motion be extended to August 16, 2019; that Netflix's deadline to file its reply in further support of its Motion is extended to August 30, 2019; and that Netflix's reply may include, but not exceed, up to twenty pages.

Dated: June 6, 2019	Respectfully submitted,

By: *Joseph S. Grinstein*

Arun Subramanian
New York Bar No. 4611869
Tamar Lusztig
New York Bar No. 5125174
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Telephone: (212) 471-8346
asubramanian@susmangodfrey.com
tlusztig@susmangodfrey.com

Joseph S. Grinstein
Texas Bar No. 24002188
J. Patrick Redmon
Texas Bar No. 24110258
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 653-7820
jgrinstein@susmangodfrey.com
predmon@susmangodfrey.com

S. Calvin Capshaw
Texas Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Avenue
Gladewater, TX 75647
Telephone: (903) 233-4826
ccapshaw@capshawlaw.com

Dmitry Kheyfits
New York Bar No. 4743795
KHEYFITS P.C.
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Telephone: (212) 203-5399
dkheyfits@kheyfits.com

*Attorneys for Personalized Media Communications, LLC*

By: <u>*Clement Roberts*</u>_____

Clement Roberts
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Phone: 415-773-5700
Email: croberts@orrick.com

*Attorney for Netflix, Inc.*