IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 2:19-cv-00090-JRG<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF SALLIE LIM IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO DISMISS FOR IMPROPER VENUE**

I, Sallie Lim, declare and state as follows:

1. I am a Director in the Legal department at Google LLC ("Google"). I work at Google's offices in Mountain View, California. I have been a Google employee since May 2006.

2. I provide this declaration in support of Google's motion to dismiss. I submit this declaration based on my personal knowledge and review of relevant company records.

3. I understand that the Eastern District of Texas is defined as consisting of the counties identified on the Court's website (http://www.txed.uscourts.gov/court-locator). Based on my review of company records, as of March 21, 2019, Google did not own or lease any office space, retail space, or other real property in the Eastern District of Texas. And Google still does not own or lease any office space, retail space, or other real property in the Eastern District of Texas today.

4. No Google data centers are located in the Eastern District of Texas.

5. Google's only Texas offices are located outside of this District.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2019, in Mountain View, California

_____
Sallie Lim

1