**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONALIZED MEDIA COMMUNICATIONS, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**GOOGLE LLC,**<br><br>    **Defendant.** | **Civil Action No. 2:19-cv-00090-JRG** |

## ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO DISMISS

Before the Court is Defendant Google LLC's Motion to Dismiss. Upon consideration of the Motion, the Court finds that the motion should be and hereby is **GRANTED** and that this case be **DISMISSED**.