# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:19-CV-00090-JRG |
| v. | § § | |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## NOTICE OF COMPLIANCE

Pursuant to the Court's July 22, 2019 First Amended Docket Control Order [Dkt. 79] and July 18, 2019 Discovery Order [Dkt. 76], Defendant Google LLC, hereby notifies the Court that it has served counsel of record for Plaintiff Personalized Media Communications, LLC their P.R. 3-4(a) production and Invalidity Contentions via electronic transmission on September 13, 2019.

Dated: September 17, 2019               Respectfully submitted,


                                        By:      */s/ J. Mark Mann*
                                                 **J. Mark Mann**
                                                 State Bar No. 12926150
                                                 mark@themannfirm.com
                                                 **G. Blake Thompson**
                                                 State Bar No. 24042033
                                                 blake@themannfirm.com
                                                 **MANN | TINDEL | THOMPSON**
                                                 300 West Main Street
                                                 Henderson, Texas 75652
                                                 (903) 657-8540
                                                 (903) 657-6003 (fax)

                                                 **ATTORNEYS FOR DEFENDANT
                                                 GOOGLE LLC.**


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 17th day of September, 2019.

                                                 */s/ J. Mark Mann*
                                                 **J. Mark Mann**