# Declaration of Jay Bhatia

# FILED UNDER SEAL