IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § | |
| VS. | § § | CAUSE NO.  2:19-cv-90[JRG] |
| GOOGLE LLC | § § | LEAD CONSOLIDATED CASE |
| AKAMAI TECHNOLOGIES, INC. | § § § | 2:19-cv-89[JRG] |
| NETFLIX, INC. | § § | 2:19-cv-91[JRG] |

**DEFENDANT AKAMAI TECHNOLOGIES, INC.'S NOTICE OF COMPLIANCE REGARDING PR 4-1 PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION**

Pursuant to the Court's July 22, 2019 First Amended Docket Control Order [Dkt. 79], Defendant Akamai Technologies, Inc. hereby notifies the Court that Plaintiff's counsel of record was served with Defendants' P.R. 4-1 Proposed Terms and Claim Elements for Construction via electronic mail on November 5, 2019.

Dated November 6, 2019

Respectfully submitted by:

*/s/ Patrick C. Clutter*
Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Patrick C. Clutter, IV
SBN: 24036374
patrickclutter@potterminton.com
POTTER MINTON
110 N. College, Suite 500
Tyler, Texas 75702
903.597.8311 (Telephone)
903.593.0846 (Facsimile)

Carlos Perez-Albuerne
cperez@choate.com
G. Mark Edgarton

{A07/10264/0006/W1634110.1 }

medgarton@choate.com
Sophie F. Wang
swang@choate.com
Natalia Smychkovich
nsmychkovich@choate.com
Ramya Vallabhaneni
rvallabhaneni@choate.com
Robert Shames
rshames@choate.com
Kevin C. Quigley
kquigley@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000

**ATTORNEYS FOR DEFENDANT
AKAMAI TECHNOLOGIES, INC.**