UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | Civil Action No. 2:19-cv-00090-JRG |
| Plaintiff, | LEAD CASE |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | |
| Plaintiff, | Civil Action No. 2:19-cv-00091-JRG |
| v. | MEMBER CASE |
| NETFLIX, INC., | |
| Defendant. | |

**JOINT MOTION FOR PARTIAL DISMISSAL OF CERTAIN CLAIMS
AND TRANSFER OF DEFENDANT NETFLIX, INC.**

Plaintiff Personalized Media Communications, LLC ("PMC") and Defendant Netflix, Inc. ("Netflix") have entered into an agreement and compromise with respect to several disputed issues and, to that end, agree and stipulate as follows:

1. PMC's claims against Netflix, with respect to U.S. Patent 7,865,920 and 9,674,560, should be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

2. Further, solely as to Netflix, and as part of a larger compromise between PMC and Netflix whereby Netflix agrees to transfer to the Southern District of New York, and without any implication that PMC's venue arguments are incorrect or improper, the Parties agree and stipulate

that this Court should grant Netflix's Corrected Motion to Dismiss or, In the Alternative, Transfer for Improper Venue (D.I. 62) as to Netflix only,[1] and transfer Civil Action No. 2:19-cv-00091 to the Southern District of New York, for which Netflix will not challenge venue as being either improper or inconvenient for the remainder of this action.

3. Finally, Netflix shall participate in the currently scheduled depositions of PMC's witnesses notwithstanding the pendency of the transfer and shall not seek to further depose those PMC witnesses in this action absent a showing of good cause.

For all these reasons, the Parties jointly and respectfully request that this Court enter the proposed order, solely as to Netflix, i) dismissing all claims against Netflix regarding U.S. Patent 7,865,920 and 9,674,560, ii) granting Netflix's Motion to Transfer for Improper Venue as to Netflix only, and iii) transferring Civil Action No. 2:19-cv-00091 to the Southern District of New York.

Respectfully submitted,

*/s/ Joseph S. Grinstein*
Arun Subramanian
New York Bar No. 4611869
Tamar Lusztig
New York Bar No. 5125174
Geng Chen
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Telephone: (212) 471-8346
asubramanian@susmangodfrey.com
tlusztig@susmangodfrey.com
gengchen@susmangodfrey.com

Joseph S. Grinstein
Texas Bar No. 24002188
SUSMAN GODFREY L.L.P.

---

[1] For clarity, neither Party is asking to transfer the lead case, *PMC v. Google LLC*, Civil Action No. 2:19-cv-00090. PMC in no way intends its compromise with Netflix to have any effect on Google's Motion to Dismiss for Improper Venue.

**JOINT MOTION FOR PARTIAL DISMISSAL AND TRANSFER OF DEFENDANT NETFLIX** – Page 2

1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 653-7820
jgrinstein@susmangodfrey.com

Meng Xi
California Bar No. 280099
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400 Los Angeles, CA 90067
Telephone: (310) 789-3100
mxi@susmangodfrey.com

Rachel S. Black
Washington Bar No. 32204
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: 206-516-3899
rblack@susmangodfrey.com

S. Calvin Capshaw
E. DeRieux
Texas Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Avenue
Gladewater, TX 75647
Telephone: (903) 233-4826
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Timothy Robert DeWitt
24IP Law Group USA, PLLC
222 Severn Ave, Suite 48
Annapolis, MD 21403
Telephone: 410.212.2539
tdewitt@24ipusa.com

Dmitry Kheyfits
New York Bar No. 4743795
KHEYFITS P.C.
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Telephone: (212) 203-5399
dkheyfits@kheyfits.com

**ATTORNEYS FOR PERSONALIZED MEDIA COMMUNICATIONS, LLC**

/s/ Jennifer H. Doan
Jennifer H. Doan
Texas Bar No. 08809050
Kyle R. Akin
Texas Bar No. 24105422
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: kakin@haltomdoan.com

OF COUNSEL:

Clement Roberts
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Phone: 415-773-5700
Email: croberts@orrick.com

Alyssa Caridis
ORRICK HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Phone: 213-629-2020
Email: acaridis@orrick.com

**ATTORNEYS FOR DEFENDANT NETFLIX, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail on this 16th day of April, 2020.

/s/Joseph S. Grinstein
Joseph S. Grinstein