**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC<br><br>　　　　Plaintiff,<br><br>v. | |
| GOOGLE LLC<br><br>　　　　Defendant. | Case No.: 2:19-cv-90-JRG |

**JOINT  STIPULATION AND [PROPOSED] ORDER ON MOTIONS IN LIMINE**

Plaintiff Personalized Media Communications, LLC ("PMC") and Defendant Google LLC ("Google"), through their respective counsel, have stipulated to the following and agree that all of the following apply to the jury trial in the instant action:

1.　　　Neither party will reference a person's race, religion, sexual orientation, or sexual activities.

2.　　　Neither party will reference sexual harassment and discrimination cases or investigations involving Google.

3.　　　Neither party will reference an expert's other affiliations with a party or its counsel on matters not related to the instant action.

4.　　　Neither party will reference the role or presence in the courtroom of jury consultants or shadow jurors.

5.　　　Neither party will present arguments, evidence, or testimony that a judgment or award of damages against Google would cause an increase in the price of Google's

1

products to end-users, loss of jobs, or other similar economic consequences.

6.  Neither party will suggest that ownership of a patent precludes infringement of a different patent with the understanding that the parties are not precluded from providing general background information on their business, including a brief summary of their patents.

7.  Neither party will ask questions during voir dire seeking to commit prospective jurors to a particular range or amount of damages. This agreement does not prevent the parties from asking prospective jurors if they can award an amount of damages that is "fair" or whether there are circumstances in which no damages are fair.

8.  PMC will not present evidence, arguments, or testimony concerning Google or Alphabet Inc.'s size or overall revenues, profits, or similar financial metrics. PMC reserves its rights to present evidence, arguments, or testimony concerning YouTube's size or overall revenues, profits, or similar financial metrics. Furthermore, this agreement alone does not exclude any disclosed opinions of PMC's expert Jon Kemmerer.

9.  PMC will not present arguments or testimony that Google copied the asserted patents or that the alleged infringement was willful for purposes of 35 U.S.C. § 284. PMC reserves its rights to present arguments or testimony concerning notice.

Dated: August 19, 2020                      Respectfully submitted,

By: */s/ Joseph S. Grinstein*               By: */s/ Nima Hefazi*

Arun Subramanian                            Charles K. Verhoeven
New York State Bar No. 4611869              charlesverhoeven@quinnemanuel.com
Tamar Lusztig                               David A. Perlson

2

New York State Bar No. 5125174
Geng Chen
New York State Bar No. 5377262
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Telephone: (212) 336-8330
asubramanian@susmangodfrey.com
tlusztig@susmangodfrey.com
gchen@susmangodfrey.com

Joseph S. Grinstein
Texas State Bar No. 24002188
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 653-7820
Fax: (713) 654-6666
jgrinstein@susmangodfrey.com

Meng Xi
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Fax: (310) 789-3150
mxi@susmangodfrey.com

Rachel S. Black
Floyd Short
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98191
Telephone: (206) 516-3880
Fax: (206) 516-3883
rblack@susmangodfrey.com
fshort@susmangodfrey.com

S. Calvin Capshaw
Texas Bar No. 03783900
Elizabeth L. DeRieux
Texas Bar No. 05770585
CAPSHAW DERIEUX LLP
114 E. Commerce Avenue
Gladewater, TX 75647
Telephone: (903) 233-4826

davidperlson@quinnemanuel.com
Carl G. Anderson
carlanderson@quinnemanuel.com
Felipe Corredor
felipecorredor@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

Mark Yeh-Kai Tung
marktung@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel : 650-801-5000
Fax: 650-801-5100

Nima Hefazi (*pro hac vice*)
nimahefazi@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

James Mark Mann
mark@themannfirm.com
Gregory Blake Thompson
blake@themannfirm.com
MANN TINDEL & THOMPSON
300 W. Main
Henderson, TX 75652
Tel: 903-657-8540
Fax: 903-657-6003

*Attorneys for Google LLC*

ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Dmitry Kheyfits
New York State Bar No. 4743795
KHEYFITS BELENKY LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Telephone: (212) 203-5399
dkheyfits@kblit.com

Timothy R. DeWitt (*Pro Hac Vice*)
VA Bar No. 40522
24IP LAW GROUP USA, PLLC
424 Fourth Street, Suite C2
Annapolis, MD 21403
Tel.: (410) 212-2539
Fax: (410) 295-5096
tdewitt@24ipusa.com

*Attorneys for Personalized Media
Communications, LLC*

## Certificate of Service

I certify that on August 19, 2020, I electronically served the foregoing on all counsel of

record through the Court's ECF system.

*/s/ Geng Chen*
Geng Chen

4