AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Arun Subramanian | 2. PHONE NUMBER<br>(212) 336-8330 | 3. DATE<br>8/26/2020 |

| | | | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>asubrama@susmangodfrey.com; cdacosta@susmangodfrey.com | 5. CITY<br>New York | 6. STATE<br>NY | 7. ZIP CODE<br>10019 |

| | | | |
|---|---|---|---|
| 8. CASE NUMBER<br>2:19-cv-00090 | 9. JUDGE<br>Gilstrap | DATES OF PROCEEDINGS | |
| | | 10. FROM 10/19/2020 | 11. TO 10/23/2020 |

| | | | |
|---|---|---|---|
| 12. CASE NAME<br>Personalized Media Communications, LLC v. Google LLC | LOCATION OF PROCEEDINGS | | |
| | 13. CITY Marshall | 14. STATE TX | |

15. ORDER FOR

| | | |
|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☒ VOIR DIRE | 10/19/2020-10/23/2020 | ☐ TESTIMONY (Specify Witness) | |
| ☒ OPENING STATEMENT (Plaintiff) | 10/19/2020-10/23/2020 | | |
| ☒ OPENING STATEMENT (Defendant) | 10/19/2020-10/23/2020 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 10/19/2020-10/23/2020 | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☒ CLOSING ARGUMENT (Defendant) | 10/19/2020-10/23/2020 | | |
| ☒ OPINION OF COURT | 10/19/2020-10/23/2020 | | |
| ☒ JURY INSTRUCTIONS | 10/19/2020-10/23/2020 | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Trial | 10/19/2020-10/23/2020 |
| ☐ BAIL HEARING | | | estimated to end 10/23/2020 |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☒ | ☐ | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>s/ Arun Subramanian | PROCESSED BY | |
| 19. DATE<br>8/26/2020 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY