# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **PERSONALIZED MEDIA COMMUNICATIONS, LLC** | § § § | |
| *Plaintiff,* | § § § | |
| **v.** | § § | |
| | § § | **Case No.  2:19-cv-00090-JRG** |
| **GOOGLE, LLC, ET AL** | § § | |
| | § § | |
| *Defendants.* | § | |

---

## MINUTES FOR FINAL PRETRIAL CONFERENCE
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### October 28, 2020

**OPEN: 9:00 a.m.**                                        **ADJOURN:  12:09 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Adrienne Dellinger<br>Lee Matalon |
| COURT REPORTER: | Susan Zielie |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:00 a.m. | Court opened.  The Court heard objections to Defendants' hearing exhibits.  Mr. Capshaw and Mr. Grinstein, Mr. Subramanian argued on behalf of Plaintiff.  Mr. Mann, Mr. Hefazi and Mr. Tung argued on behalf of Defendants. |
| 9:45 a.m. | **Courtroom sealed.** |
| 9:55 a.m. | **Courtroom unsealed.  Recess.** |
| 10:10 a.m. | The Court heard argument on Defendants' objections Plaintiff's trial exhibits.  Ms. Lozano, Mr. Corredor, Mr. Trombetta and Mr. Anderson argued on behalf of Defendants.  Mr. Capshaw, Mr. Grinstein, Mr. Subramanian and Ms. Chen argued on behalf Plaintiff. |
| 10:33 a.m. | **Courtroom sealed.** |
| 10:50 a.m. | **Courtroom unsealed.** |

| TIME | MINUTES |
|------|---------|
| 11:17 a.m. | **Courtroom sealed.** |
| 11:40 a.m. | **Courtroom unsealed.** |
| 11:49 a.m. | **Courtroom sealed.** |
| 11:52 a.m. | **Courtroom unsealed.** |
| 11:54 a.m. | Mr. Perlson addressed privileged information re witness.  Mr. Subramanian responded. |
| 12:09 p.m. | Court adjourned. |