IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC.<br>        Defendant | <br><br><br><br><br><br>Case No.: 2:19-cv-90-JRG |

**JOINT NOTICE TO AMEND JOINT PROPOSED PRETRIAL ORDER**

Plaintiff Personalized Media Communications, LLC and Defendant Google LLC hereby serve this notice to amend the Stipulations on Trial Management Procedures in the Joint Proposed Pretrial Order [Docket No. 354]. The amended sections B.2, B.3, B.4, B.5, B.6, and B.7 are as follows:

2.      <u>Demonstratives for Opening and Direct Examination.</u> The parties will exchange copies of all forms of demonstratives that they plan to use during direct examination—but not for cross-examination, a party's examination of its own witness that the opposing party has called adversely, or closing statements—by 6:30 PM Central Time on the night before their intended use. The parties shall exchange objections to these demonstratives by 8:30 PM Central Time on the day the demonstratives are received. Non-substantive corrections of typographical type errors to demonstratives may be made prior to use, as long as these edits or corrections are reasonably disclosed in advance of their use.

        a.      Demonstratives that the parties plan to use during opening statements will be exchanged at 5:00 PM Central Time on the night before their intend

1

     use. The parties shall exchange objections to these demonstratives by 8:00 PM Central Time on the day the demonstratives are received.

  b. This stipulation applies to demonstratives specifically created for the purpose of the trial and for illustrative purposes only, and do not include (1) demonstratives created in the courtroom during testimony or opening at trial; or (2) the enlargement, highlighting, ballooning, underlining, or the like, of trial exhibits or transcripts of trial testimony, or transcripts of deposition testimony for which objections have been cleared.

  c. Demonstratives need not be included in the parties' respective exhibit lists.

  d. Neither party will use the other party's own demonstratives before they are used by the disclosing party.

3. <u>Non-Documentary and/or Live Demonstratives.</u> The parties will make available for inspection all non-documentary demonstratives or live demonstratives, such as physical exhibits, physical prior art or physical products, that they plan to use during direct examination or during opening or closing statements—but not for cross-examination or a party's examination of its own witness that the opposing party has called adversely—by 6:30 PM Central Time two nights before their intended use. The parties shall exchange objections to these non-documentary demonstratives or live demonstratives by 8:30 PM Central Time on the night before their intended use. Demonstratives previously displayed in the course of the trial need not be disclosed again.

7690106v2/016239

4.      <u>Witnesses.</u> The parties will identify witnesses to be called live and by deposition (in the reasonably anticipated order of call) at 6:30 PM Central Time two nights before the day of trial during which the witnesses are expected to testify.

5.      <u>Deposition Designations.</u>  For each witness that a party intends to call by deposition, the party shall, by 6:30 PM Central Time two calendar days prior to the date the party intends to call such witness, provide the other side with a list of final designations that will be played.  The receiving party shall provide a final list of objections and counter-designations by 8:30 PM Central Time the same day.

- Witnesses presented by video will be divided by the actual time for designations and counter-designations by each party.
- The party who seeks to introduce the deposition testimony will be responsible for preparing the video clips to be played, including the counter-designations made by the other side.
- Any deposition testimony may be used at trial for the purpose of impeachment, regardless of whether a party specifically identified that testimony on its list of deposition designations, if the testimony is otherwise competent for such purpose.

6.      <u>Disclosing Exhibits for Use with Witnesses.</u>  At 6:30 PM Central Time on the day prior to each trial day, each party will disclose to the other party, for each expected witness, any exhibits that it intends to use with that witness during direct examination. This stipulation does not apply to witnesses called adverse. The parties' disclosures will reflect a good faith estimate of the exhibits that will be used with a particular witness and reasonable efforts will be made to streamline disclosures such that they do not include excessive numbers of exhibits that do not

7690106v2/016239

ultimately get used. At 8:30 PM Central Time on the day prior to each trial day, the non-offering party shall notify the offering party of any objections to the proposed exhibits.

7.      Resolution of Objections. The parties will meet and confer regarding any objections at 9:00 PM Central on the night the objections are exchanged. Any unresolved objections will be raised with the Court by email directed to the Court's law clerk(s) no later than 10:00 PM Central Time for resolution the next morning outside the presence of the jury.

Dated:  October 29, 2020

Respectfully submitted,

By: __s/Joseph S. Grinstein_

    Arun Subramanian
    New York State Bar No. 4611869
    Tamar Lusztig
    New York State Bar No. 5125174
    Geng Chen
    New York State Bar No. 5377262
    SUSMAN GODFREY L.L.P.
    1301 Avenue of the Americas, 32nd Fl.
    New York, NY 10019-6023
    Telephone: (212) 336-8330
    asubramanian@susmangodfrey.com
    tlusztig@susmangodfrey.com
    gchen@susmangodfrey.com

    Joseph S. Grinstein
    Texas State Bar No. 24002188
    SUSMAN GODFREY L.L.P.
    1000 Louisiana, Suite 5100
    Houston, TX 77002-5096
    Telephone: (713) 653-7820
    Fax: (713) 654-6666
    jgrinstein@susmangodfrey.com

    Meng Xi
    California State Bar No. 280099
    SUSMAN GODFREY L.L.P.
    1900 Avenue of the Stars, Ste. 1400
    Los Angeles, CA 90067

Telephone: (310) 789-3100
Fax: (310) 789-3150
mxi@susmangodfrey.com

Floyd G. Short
W.A. Bar No. 21632
Rachel S. Black
W.A. Bar No. 32204
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98191
Telephone: (206) 516-3880
Fax: (206) 516-3883
fshort@susmangodfrey.com
rblack@susmangodfrey.com

S. Calvin Capshaw
Texas Bar No. 03783900
Elizabeth L. DeRieux
Texas Bar No. 05770585
CAPSHAW DERIEUX LLP
114 E. Commerce Avenue
Gladewater, TX 75647
Telephone: (903) 233-4826
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Dmitry Kheyfits
New York State Bar No. 4743795
KHEYFITS BELENKY LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Telephone: (212) 203-5399
dkheyfits@kblit.com

Timothy R. DeWitt (*Pro Hac Vice*)
VA Bar No. 40522
24IP LAW GROUP USA, PLLC
424 Fourth Street, Suite C2
Annapolis, MD 21403
Tel.: (410) 212-2539
Fax: (410) 295-5096
tdewitt@24ipusa.com

*Attorneys for Personalized Media Communications, LLC*

## CERTIFICATE OF SERVICE

I certify that on October 29, 2020, a copy of the foregoing was served on the parties to this action by electronically filing true and correct copies with the Clerk of the Court using the CM/ECF system which automatically sent notification by e-mail of such filing to the counsel of record.

*s/ Joseph S. Grinstein*
Joseph S. Grinstein

7690106v2/016239