**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **PERSONALIZED MEDIA** | § | |
| **COMMUNICATIONS, LLC** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **Case No.  2:19-cv-00090-JRG** |
| **GOOGLE, LLC, ET AL** | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

---

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY ONE**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**November 2, 2020**

**OPEN: 9:22 a.m.**                                                   **ADJOURN:   6:40 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Adrienne Dellinger<br>Lee Matalon |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:22 a.m. | Court's preliminary instructions to the Jury. |
| 10:22 a.m. | Voir dire on behalf of Plaintiff by Mr. Capshaw. |
| 10:45 a.m. | Voir dire on behalf of Defendant by Mr. Mann. |
| 11:15 a.m. | Bench conference with Mr. Capshaw and Mr. Mann. |
| 11:30 a.m. | Court reconvened. Attorneys excused to exercise strikes. |
| 11:32 a.m. | Recess. |
| 12:06 p.m. | Jurors selected.  Remainder of panel excused. |
| 12:11 p.m. | Jurors sworn. |
| 12:30 p.m. | Jurors excused for lunch.  Hearing outside the presence of the Jury. |
| 12:35 p.m. | Recess. |
| 1:43 p.m. | Court reconvened. |

| TIME | MINUTES |
|------|---------|
| 1:44 p.m. | Jury returned to the courtroom. |
| 1:45 p.m. | Court's additional instructions to the Jury. |
| 2:25 p.m. | Plaintiff's opening statement by Mr. Subramanian. |
| 2:55 p.m. | Defendant's opening statement by Mr. Verhoeven. |
| 3:26 p.m. | Rule invoked. |
| 3:28 p.m. | Recess. |
| 3:44 p.m. | The Jury returned to the courtroom.  Court's further instructions to the Jury. |
| 3:48 p.m. | Direct examination of Thomas J. Scott, Jr. by Mr. Grinstein. |
| 4:17 p.m. | **Courtroom sealed.** |
| 5:00 p.m. | **Courtroom unsealed.** |
| 5:14 p.m. | Cross examination of Thomas J. Scott, Jr. by Mr. Verhoeven. |
| 5:41 p.m. | Jury Recess.  Hearing outside the presence of the Jury. |
| 5:43 p.m. | Recess. |
| 5:52 p.m. | Court reconvened.  Jury returned to the courtroom.  Cross examination of Thomas J. Scott, Jr. by Mr. Verhoeven. |
| 6:30 p.m. | Mr. Verhoeven passed the witness |
| 6:31 p.m. | Redirect examination of Thomas J. Scott, Jr. by Mr. Grinstein. |
| 6:35 p.m. | Recross examination of Thomas J. Scott, Jr. by Mr. Verhoeven. |
| 6:37 p.m. | Parties passed the witness. |
| 6:38 p.m. | Recess until 8:30 a.m. |
| 6:39 p.m. | Hearing outside the presence of the Jury. |
| 6:40 p.m. | Court adjourned. |