IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Case No. 2:19-cv-00090-JRG |
| GOOGLE, LLC, ET AL | | |
| *Defendants.* | | |

MINUTES FOR JURY TRIAL DAY TWO
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
November 3, 2020

**OPEN: 8:31 a.m.**                                                                                    **ADJOURN: 6:47 p.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Adrienne Dellinger<br>Lee Matalon |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:31 a.m. | Court opened.  Exhibits used prior day read into the record. |
| 8:44 a.m. | Video deposition of Reynaldo Gonzales. |
| 8:48 a.m. | Video deposition of Henry Green. |
| 8:58 a.m. | Video deposition of Benjamin Hulse. |
| 9:07 a.m. | Video deposition of Dale Curtis. |
| 9:14 a.m. | Direct examination of Zixiang Xiong, Ph.D. by Ms. Lusztig. |
| 9:31 a.m. | **Courtroom sealed.** |
| 10:18 a.m. | **Courtroom unsealed.**  Recess. |
| 10:46 a.m. | Court reconvened.  Jury returned to the courtroom. **Courtroom sealed.** |
| 10:47 a.m. | Direct examination of Zixiang Xiong, Ph.D. by Ms. Lusztig. |
| 11:57 a.m. | Lunch recess. |

2

| TIME | MINUTES |
|---|---|
| 1:10 p.m. | Court reconvened.  Hearing outside the presence of the Jury. |
| 1:17 p.m. | Jury returned to the courtroom. |
| 1:18 p.m. | **Courtroom sealed.** |
| 1:19 p.m. | Direct examination of Zixiang Xiong, Ph.D. by Ms. Lusztig. |
| 2:07 p.m. | **Courtroom unsealed.**  Cross examination of Zixiang Xiong, Ph.D. by Mr. Verhoeven. |
| 2:42 p.m. | Jury excused for recess.  Hearing outside the presence of the Jury. |
| 2:46 p.m. | Recess. |
| 2:58 p.m. | Hearing outside the presence of the Jury. |
| 3:09 p.m. | Jury returned to the courtroom.  Cross examination of Zixiang Xiong, Ph.D. by Mr. Verhoeven. |
| 4:11 p.m. | Redirect examination of Zixiang Xiong, Ph.D. by Ms. Lusztig. |
| 4:14 p.m. | Parties passed the witness. |
| 4:14 p.m. | Video deposition of Gary Marc Butter. |
| 4:23 p.m. | Video deposition of Amar Mehta. |
| 4:38 p.m. | Video deposition of Andrew Rope. |
| 4:54 p.m. | Recess. |
| 5:16 p.m. | Jury returned to the courtroom. |
| 5:17 p.m. | Video deposition of Laura Sheridan. |
| 6:37 p.m. | Jury excused until 8:30 a.m.  Hearing outside the presence of the Jury. |
| 6:47 p.m. | Court adjourned. |