11/2/2020, 09:00 AM
2:19-cv-00090-JRG
Personalized Media Communications, LLC v. Google LLC
Pretrial Conference

PLEASE   PRINT   CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Dawn David | GOOGLE |
| Charks Venhoeven | Google |
| MARY MANN | Google |
| ARUN SUBRAMANIAU | PMC |
| MENG XI | PMC |
| GENG CHEN | PMC |
| Elizabeth L DeRieux | PMC |
| Calvin Capshaw | PMC |
| Rachel Black | PMC |
| Joe Ornstein | PMC |
| Tamar Wsvj | PMC |
| Andruy Bulmuy | PMC |
| Andrew Dufresne | Google |
| Dmitry Kuosfits | PMC |
| Carl Anderson | Google |
| | |
| | |
| | |
| | |
| | |