# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PERSONALIZED MEDIA COMMUNICATIONS, LLC** § § § | | |
| *Plaintiff,* § § | | |
| **v.** § § | Case No. 2:19-cv-00090-JRG | |
| **GOOGLE, LLC, ET AL** § § § | | |
| *Defendants.* § | | |

## MINUTES FOR JURY TRIAL DAY THREE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### November 4, 2020

**OPEN: 8:45 a.m.**                                                                                     **ADJOURN: 6:20 p.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Adrienne Dellinger<br>Lee Matalon |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:45 a.m. | Court opened. Exhibits used prior day read into the record by Ms. Chen and Ms. Slobodyanyuk. |
| 8:49 a.m. | Direct examination of Boyd Lemna by Ms. Black. |
| 9:04 a.m. | **Courtroom sealed.** |
| 9:22 a.m. | Cross examination of Boyd Lemna by Mr. Mann. |
| 9:30 a.m. | **Courtroom unsealed.** |
| 10:03 a.m. | Redirect examination of Boyd Lemna by Ms. Black. |
| 10:10 a.m. | Recross examination of Boyd Lemna by Mr. Mann. |
| 10:11 a.m. | Parties passed the witness. |
| 10:12 a.m. | Jury excused for recess. Hearing outside the presence of the Jury. |
| 10:13 a.m. | Recess. |

| TIME | MINUTES |
|---|---|
| 10:35 a.m. | Court reconvened.  Jury returned to the courtroom. |
| 10:36 a.m. | Direct examination of Jon Kemmerer by Ms. Black. |
| 10:48 a.m. | **Courtroom sealed.** |
| 10:52 a.m. | Hearing outside the presence of the Jury.  Mr. Anderson argued for Defendants.  Ms. Black argued for Plaintiff. |
| 10:56 a.m. | Jury returned to the courtroom.  Direct examination of Jon Kemmerer by Ms. Black. |
| 11:44 a.m. | Cross examination of Jon Kemmerer by Mr. Anderson. |
| 12:00 p.m. | **Courtroom unsealed.**  Jury excused for Lunch. |
| 12:01 p.m. | Lunch recess. |
| 1:15 p.m. | Hearing outside the presence of the Jury. Mr. Grinstein argued for Plaintiff.  Mr. Mann argued for Defendants. |
| 1:23 p.m. | Cross examination of Jon Kemmerer by Mr. Anderson. |
| 1:26 p.m. | **Courtroom sealed.** |
| 1:43 p.m. | Redirect examination of Jon Kemmerer by Ms. Black. |
| 1:55 p.m. | Recross examination of Jon Kemmerer by Mr. Anderson. |
| 1:56 p.m. | **Courtroom unsealed.**  Plaintiff rests. |
| 1:57 p.m. | Direct examination of Nils Krahnstoever by Mr. Verhoeven. |
| 2:32 p.m. | **Courtroom sealed.** |
| 2:43 p.m. | **Courtroom unsealed.**  Cross examination of Nils Krahnstoever by Mr. Subramanian. |
| 3:08 p.m. | Jury excused.  Hearing outside the presence of the Jury.  Mr. Subramanian argued on behalf of Plaintiff.  Mr. Verhoeven argued on behalf of Defendants. |
| 3:15 p.m. | Jury returned to the courtroom.  Cross examination of Nils Krahnstoever by Mr. Subramanian. |
| 3:18 p.m. | Parties passed the witness. Witness excused.  Recess. |
| 3:55 p.m. | Court reconvened.  Jury returned to the courtroom. |
| 3:57 p.m. | Direct examination of Steven Robertson by Mr. Perlson. |
| 4:29 p.m. | **Courtroom sealed.** |
| 4:42 p.m. | Cross examination of Steven Robertson by Ms. Lusztig. |
| 5:27 p.m. | **Courtroom unsealed.**  Jury excused for recess. |
| 5:29 p.m. | Recess. |
| 5:41 p.m. | Court reconvened.  Direct examination of Pawel Jurczyk, Ph.D. by Mr. Bramhall. |
| 6:04 p.m. | **Courtroom sealed.** |
| 6:14 p.m. | **Courtroom unsealed.** |
| 6:15 p.m. | Jurors excused until 8:30 a.m.  Hearing outside the presence of the Jury. |
| 6:20 p.m. | Court adjourned. |