**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **PERSONALIZED MEDIA COMMUNICATIONS, LLC** | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Case No.  2:19-cv-00090-JRG |
| **GOOGLE, LLC, ET AL** | | |
| *Defendants.* | | |

**MINUTES FOR JURY TRIAL DAY FOUR**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
November 5, 2020

**OPEN: 8:54 a.m.**                                                                                   **ADJOURN: 6:11 p.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Adrienne Dellinger<br>Lee Matalon |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:54 a.m. | Court reconvened.  Exhibits used prior day read into the record. |
| 8:56 a.m. | Jury returned to the courtroom. |
| 8:57 a.m. | **Courtroom sealed.**  Direct examination of Pawel Jurczyk, Ph.D., by Mr. Bramhall. |
| 9:18 a.m. | Cross examination of Pawel Jurczyk, Ph.D. by Ms. Chen. |
| 9:50 a.m. | Redirect examination of Pawel Jurczyk, Ph.D. by Mr. Bramhall. |
| 9:52 a.m. | Parties passed the witness. |
| 9:53 a.m. | **Courtroom unsealed.**  Direct examination of Dan Schonfeld, Ph.D. by Mr. Perlson. |
| 10:18 a.m. | Jury excused for recess. |
| 10:19 a.m. | Recess. |
| 10:43 a.m. | Jury returned to the courtroom. |
| 10:44 a.m. | Direct examination of Dan Schonfeld, Ph.D. by Mr. Perlson. |

| TIME | MINUTES |
|---|---|
| 11:08 p.m. | **Courtroom sealed.** |
| 12:08 p.m. | **Courtroom unsealed.** |
| 12:08 p.m. | Jury excused.  Hearing outside the presence of the Jury. |
| 12:12 p.m. | Lunch recess. |
| 1:11 p.m. | Court reconvened.  Direct examination of Dan Schonfeld, Ph.D. by Mr. Perlson. |
| 2:01 p.m. | **Courtroom sealed.**  Direct examination of Dan Schonfeld, Ph.D. by Mr. Perlson. |
| 2:21 p.m. | **Courtroom unsealed.** |
| 2:33 p.m. | Recess. |
| 3:05 p.m. | Jury returned to the courtroom.  Cross examination of Dan Schonfeld, Ph.D. by Mr. Grinstein. |
| 3:42 p.m. | **Courtroom sealed.** |
| 3:52 p.m. | **Courtroom unsealed.** |
| 4:03 p.m. | **Courtroom sealed.** |
| 4:05 p.m. | **Courtroom unsealed.** |
| 4:14 p.m. | **Courtroom sealed.** |
| 4:21 p.m. | **Courtroom unsealed.**  Redirect examination of Dan Schonfeld, Ph.D. by Mr. Perlson. |
| 4:36 p.m. | Recross examination of Dan Schonfeld, Ph.D. by Mr. Grinstein. |
| 4:38 p.m. | Parties passed the witness. |
| 4:39 p.m. | Deposition of Gerald Holtzman September 4, 2013 read into the record by Mr. Mann and Mr. Anderson. |
| 4:42 p.m. | Proffer concluded. |
| 4:43 p.m. | Video deposition of Catherine Metzger. |
| 4:52 p.m. | Recess. |
| 5:10 p.m. | Court reconvened.  Jury returned to the courtroom. |
| 5:11 p.m. | Direct examination of Thomas Britven by Ms. Lozano. |
| 5:23 p.m. | **Courtroom sealed.** |
| 6:05 p.m. | **Courtroom unsealed.** |
| 6:06 p.m. | Jury excused until 8:30 a.m.  Hearing outside the presence of the jury. |
| 6:11 p.m. | Court adjourned. |