IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 2:19-CV-00090-JRG<br>§<br>§<br>§<br>§<br>§ |

# **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "PMC" refers to Personalized Media Communications, LLC
- "Google" refers to Google LLC
- The "'217 Patent" refers to U.S. Patent No. 7,747,217
- The "'344 Patent" refers to U.S. Patent No. 7,769,344
- The "'528 Patent" refers to U.S. Patent No. 8,601,528
- The "'241 Patent" refers to U.S. Patent No. 8,739,241
- The "Patents-in-Suit" refers collectively to the '217 Patent, '344 Patent, '528 Patent, and '241 Patent
- The "Asserted Claims" refers collectively to Claim 16 of the '217 Patent, Claims 1 and 2 of the '344 Patent, Claims 21 and 26 of the '528 Patent, and Claims 30 and 36 of the '241 Patent

# IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

# READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.

## QUESTION NO. 1:

Did PMC prove by a preponderance of the evidence that Google infringed **ANY** of the Asserted Claims of the Patents-in-Suit?

Yes: _____   No: ___✓___

**If you answered "NO" to Question No. 1, proceed directly to the Final Page of this Verdict Form and DO NOT answer Question Nos. 2, 3a, or 3b.**

**QUESTION NO. 2:**

Did Google prove by a preponderance of the evidence that any of the following YouTube functionalities are covered by a license to Google to the Patents-in-Suit?

**Answer by checking either "LICENSED" or "NOT LICENSED" for each accused functionality listed below:**

|  | Licensed | Not Licensed |
|---|---|---|
| YouTube functionalities accused under the '217 Patent | _____ | _____ |
| YouTube functionalities accused under the '344 Patent | _____ | _____ |
| YouTube functionalities accused under the '528 Patent | _____ | _____ |
| YouTube functionalities accused under the '241 Patent | _____ | _____ |

**If you answered "NO" to Question No. 1 *or* "LICENSED" to ALL of the functionalities listed Question No. 2, then DO NOT answer Question Nos. 3a or 3b.**

**Answer Question Nos. 3a and 3b ONLY as to any Asserted Claim that you have found to be *both* INFRINGED *and* NOT LICENSED.**

## QUESTION NO. 3a:

What sum of money, if any, paid now in cash, has PMC proven by a preponderance of the evidence would compensate PMC for its damages resulting from infringement?

Answer in United States Dollars and Cents, if any:

$ _____

## QUESTION NO. 3b:

Is the total amount you awarded in Question No. 3a, if any, a lump-sum representing damages for past and future sales, or is the amount you awarded in Question No. 3a a running royalty for past sales only?

Check **ONE** of the following:

_____  **Lump-sum**

—OR—

_____  **Running royalty for past sales**

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this ___6th___ day of November, 2020.

_____
**Jury Foreperson**