**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| | § | CIVIL ACTION NO.  2:19-CV-00090-JRG |
| v. | § § | |
| GOOGLE LLC, | § § | |
| *Defendant*. | § § | |

**FINAL JUDGMENT**

A jury trial commenced in this case on November 2, 2020, and on November 6, 2020, the jury reached and returned its unanimous verdict finding that Defendant Google LLC ("Google") did not infringe: Claim 16 of U.S. Patent No. 7,747,217, Claims 1, and 2 of U.S. Patent No. 7,769,344, Claims 21 and 26 of U.S. Patent No. 8,601,528, and Claims 30 and 36 of U.S. Patent No. 8,739,241 (collectively, the "Asserted Claims"). (Dkt. No. 435).

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Google did not directly or indirectly infringe any of the Asserted Claims;

2. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Defendant Google is the prevailing party in this case and shall recover its costs from Plaintiff Personalized Media Communications, LLC; and

3. All other outstanding relief requested by either party and not specifically addressed by the Court is **DENIED**.

All other requests for relief regarding the above-captioned case, including but not limited to Motions pursuant to 35 U.S.C. § 285, shall be filed within 28 days of this Judgment.

**So ORDERED and SIGNED this 12th day of November, 2020.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2